76666.0066

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| YOLANDA DE LEON RIVAS § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | |
| §CIVIL ACTION NO. 2:15-CV-00097-AM-VRG | |
| § | |
| TRAVELERS HOME AND MARINE § | |
| INSURANCE COMPANY § | |
| § | |
| Defendant § | |

## DIRECTIVE TO CLERK OF COURT

Before the Court is the parties; joint stipulation of dismissal. (Dkt. 9.) Because it has been signed by all parties who have appeared, the stipulation becomes a self-effectuating document in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. As such, the Clerk of Court is hereby DIRECTED to TERMINATE this case.

Dated this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE