**FILED**

JAN **2 6** 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

YOLANDA DE LEON RIVAS,     §
    Plaintiff,     §
    §
v.     §     Civil Action No.
    §     DR-15-CV-097-AM/VRG
TRAVELERS HOME AND MARINE     §
INSURANCE COMPANY,     §
    Defendant.     §

## ORDER OF DISMISSAL WITH PREJUDICE

On January 22, 2016, the parties filed a stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against Defendant Travelers Home and Marine Insurance Company are **DISMISSED WITH PREJUDICE** as set forth in the parties' stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that any other motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 26th day of January, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE