AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
JAN 27 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ 
DEPUTY

Yolanda De Leon Rivas,
    Plaintiff,

v.

Travelers Home And Marine Insurance Company.
    Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-15-CV-097-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Plaintiffs claims asserted in this suit against Defendant Travelers Home and Marine Insurance Company are DISMISSED WITH PREJUDICE as set forth in the parties' stipulation. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that any other motions pending in the instant action be DENIED as moot and that a clerk's judgment shall immediately issue.

| January 27, 2016 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |